IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JACOB GAREY,

    Petitioner,

vs.   No. 08-CV-412 MCA/ACT

ROBERT ULIBARRI, Warden,
and GARY K. KING, Attorney
General for the State of New Mexico,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition and the Petitioner have filed objections thereto, the Court has made a *de novo* review of the record and finds that the objections are not well-taken and that the Magistrate Judge's Proposed Findings and Recommended Disposition will be adopted by the Court.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. No. 11] is adopted by the Court.

**IT IS FURTHER ORDERED** that the Petitioner's Application for a Writ of Habeas Corpus [Doc. No. 1] is dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Petitioner's Motion to Dismiss [Doc. No. 10] is dismissed with prejudice.

SO ORDERED this 23rd day of October, 2008.

_____
**M. Christina Armijo**
**UNITED STATES DISTRICT JUDGE**